**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FULL STANDARD PROPERTIES, LLC, | Case No. 25-cv-09451-BLF |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION FOR ATTORNEYS' FEES WITHOUT PREJUDICE; AND SETTING BRIEFING SCHEDULE AND HEARING ON ANY RENEWED MOTION FOR ATTORNEYS' FEES** |
| v. | |
| SJ 6070, LLC, | |
| Defendant. | |
| | [Re: ECF 16] |

As discussed at the hearing on May 21, 2026, Defendant's motion for attorneys' fees (ECF 16) is DENIED WITHOUT PREJUDICE on the basis that the relevant issue – whether Defendant is the prevailing party in this case – was not adequately briefed by either side.

The Court granted Defendant leave to file a renewed motion for attorneys' fees consistent with the guidance offered by the Court at the hearing. The Court set the following briefing schedule and hearing date:

Renewed Motion due:     June 18, 2026

Opposition due:     July 2, 2026

Reply due:     July 9, 2026

Hearing set for:     July 23, 2026 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: May 21, 2026

BETH LABSON FREEMAN
United States District Judge