**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FULL STANDARD PROPERTIES, LLC, | Case No. 25-cv-09451-BLF |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |
| v. | |
| SJ 6070, LLC, | [Re: ECF 28] |
| Defendant. | |

In opposition to Defendant's motion for attorneys' fees, Plaintiff filed a brief containing multiple citations to nonexistent cases. *See* Pl.'s Opp., ECF 18. Where the opposition brief identifies cases that do exist, the pin citations are to pages that are not contained within the case or that discuss issues having no bearing on Defendant's motion. *See id.* At the hearing on May 21, 2026, Plaintiff's counsel took full responsibility for the significant errors in the opposition brief.

The Court stated on the record that it would consider granting sanctions against Plaintiff's counsel in an amount sufficient to reimburse Defendant for the time and expense its counsel incurred in filing the reply brief and appearing at the hearing. The Court granted Defendant leave to file a letter request for sanctions, which Defendant has done. *See* Def.'s Letter, ECF 28.

Plaintiff's counsel is HEREBY ORDERED to show cause, in writing and by June 4, 2026, why sanctions should not be imposed consistent with Defendant's letter request. Defendant's request for sanctions thereafter will be taken under submission without oral argument unless either party requests a hearing, which would be held on July 23, 2026 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: May 21, 2026

BETH LABSON FREEMAN
United States District Judge